# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130347

CHARLES L. WILLEMS,
       Plaintiff/Counter-
       Defendant-Appellant,

v

CHARTER TOWNSHIP OF MERIDIAN,
INGHAM COUNTY ROAD COMMISSION,
and CHRISTOPHER A. DROBNEY
       Defendants-Appellees,

and

EMANUEL BLOSSER, BRIAN BISHOP,
and NICOLE BISHOP,
       Defendants/Counter-
       Plaintiffs-Appellees.

SC: 130347
COA: 262161
Ingham CC: 04-001037-CZ

_____/

On order of the Court, the application for leave to appeal the October 18, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

l0821